Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:  (916) 443-6911
Facsimile:  (916) 447-8336
E-Mail:  mark@markmerin.com
         paul@markmerin.com

Attorneys for Plaintiff
ANTHONY CRAVOTTA II

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| ANTHONY CRAVOTTA II, | Case No. |
|---|---|
| Plaintiff, | **DECLARATION OF ANTHONY CRAVOTTA** |
| vs. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

I, Anthony Cravotta, do declare and say:

1. Plaintiff Anthony Cravotta II ("Plaintiff") is the Plaintiff in the above-captioned matter. Plaintiff is my son and I am Plaintiff's biological father.

2. Plaintiff is an incapacitated person, based on catastrophic injuries he sustained on or about September 26, 2021. Plaintiff sustained severe brain injuries and is currently hospitalized on life-support, where he will remain for the foreseeable future.

3. I have been responsible for handling Plaintiff's affairs, since Plaintiff sustained his injuries.

4. I am currently unaware of any conflicts of interest that would prevent my ability to act as Plaintiff's guardian *ad litem* for purposes of prosecuting this action.

5. If permitted by the Court, I do consent to the appointment of guardian *ad litem* for Plaintiff. If appointed, I am prepared to protect Plaintiff's interests in this litigation to the best of my

1

ability.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed on the January __19__, 2022, at Antelope, California.

_____
Anthony Cravotta

**DECLARATION OF ANTHONY CRAVOTTA**
*Cravotta v. County of Sacramento*, United States District Court, Eastern District of California, Case No. _____