UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY CRAVOTTA II,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　　Defendants. | Case No.<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR APPOINTMENT OF GUARDIAN *AD LITEM*** |

Pursuant to Fed. R. Civ. P. 17(c)(2) and E.D. Cal. L.R. 202(a), the Court GRANTS Plaintiff Anthony Cravotta II's *ex parte* motion for appointment of guardian *ad litem*.

The Court FINDS that the appointment of Anthony Cravotta, Plaintiff's biological father, as Plaintiff's guardian *ad litem* for purposes of prosecuting this action, is appropriate and in Plaintiff's best interest. Accordingly, the Court APPOINTS Anthony Cravotta as the guardian *ad litem* of Plaintiff Anthony Cravotta II, for purposes of prosecuting this action.

IT IS SO ORDERED.

Dated:

_____
United States District Judge

1

**ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR APPOINTMENT OF GUARDIAN *AD LITEM***
*Cravotta v. County of Sacramento*, United States District Court, Eastern District of California, Case No. _____