UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY CRAVOTTA II,<br><br>             Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>             Defendants. | Case No. 2:22-cv-00167-TLN-AC<br><br>**ORDER** |

Pursuant to Fed. R. Civ. P. 17(c)(2) and E.D. Cal. L.R. 202(a), the Court GRANTS Plaintiff Anthony Cravotta II's *ex parte* motion for appointment of guardian *ad litem*.

The Court FINDS that the appointment of Anthony Cravotta, Plaintiff's biological father, as Plaintiff's guardian *ad litem* for purposes of prosecuting this action, is appropriate and in Plaintiff's best interest. Accordingly, the Court APPOINTS Anthony Cravotta as the guardian *ad litem* of Plaintiff Anthony Cravotta II, for purposes of prosecuting this action.

IT IS SO ORDERED.

DATED: January 28, 2022

Troy L. Nunley
United States District Judge