Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:    (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:       mark@markmerin.com
              paul@markmerin.com

Attorneys for Plaintiff
ANTHONY CRAVOTTA II

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
Tel: 916-922-1200 Fax: 916-922-1303
Jonathan B. Paul, SBN 215884
jpaul@rhplawyers.com
Jill B. Nathan, SBN 186136
jnathan@rhplawyers.com

Attorneys for Defendants
COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, and SCOTT JONES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY CRAVOTTA II,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT JONES, and DOE 1 to 20,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-00167-TLN-AC<br><br>**STIPULATION FOR FILING AMENDED PLEADING; ORDER** |

1

**STIPULATION FOR FILING AMENDED PLEADING; ORDER**
*Cravotta v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:22-cv-00167-TLN-AC

**STIPULATION**

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the parties—Plaintiff Anthony Cravotta II and Defendants County of Sacramento, Sacramento County Sheriff's Department, and Scott Jones—stipulate to the filing of a First Amended Complaint.

A tracked-changes copy of the First Amended Complaint for which consent to file has been granted is filed as ECF No. 19, and the First Amended Complaint is filed as ECF No. 20.

IT IS SO STIPULATED.

Dated: August 4, 2022

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
Mark E. Merin
Paul H. Masuhara

Attorneys for Plaintiff
ANTHONY CRAVOTTA II

Dated: August 4, 2022

Respectfully Submitted,
RIVERA HEWITT PAUL LLP

*/s/ Jill B. Nathan*
(as authorized on August 4, 2022)
By: _____
Jonathan B. Paul
Jill B. Nathan

Attorneys for Defendants
COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, and SCOTT JONES

2

**STIPULATION FOR FILING AMENDED PLEADING; ORDER**
*Cravotta v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:22-cv-00167-TLN-AC

**ORDER**

The parties' stipulation is GRANTED.

IT IS SO ORDERED.

Dated: August 4, 2022

_____
Troy L. Nunley
United States District Judge

3

**STIPULATION FOR FILING AMENDED PLEADING; ORDER**
*Cravotta v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:22-cv-00167-TLN-AC