1  Jonathan B. Paul (SBN 215884)                Mark E. Merin (SBN 043849)
   Jill B. Nathan (SBN 186136)                  Paul H. Masuhara (SBN 289805)
2  **RIVERA HEWITT PAUL LLP**                   **LAW OFFICE OF MARK E. MERIN**
   11341 Gold Express Drive, Suite 160          1010 F Street, Suite 300
3  Gold River, CA 95670                         Sacramento, CA 95814
   T: (916) 922-1200                            T: (916) 443-6911
4  F: (916) 922-1303                            F: (916) 447-8336
   E: jpaul@rhplawyers.com                      E: mark@markmerin.com
5  E: jnathan@rhplawyers.com                    E: paul@markmerin.com

6  Attorneys for Defendants COUNTY OF           Attorneys for Plaintiff ANTHONY
   SACRAMENTO, SACRAMENTO COUNTY                CRAVOTTA II
7  SHERIFF'S DEPARTMENT, SCOTT JONES,
   ANDREA HAYNES, MOISES PAREDES,
8  RONNIE MCLEAN, JUSTIN HIGLEY,
9  and PRESTON

10                 **IN THE UNITED STATES DISTRICT COURT**

11              **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

12

13  ANTHONY CRAVOTTA, II,                        Case. No.: 2:22-cv-00167-TLN-AC

14                        Plaintiff,             **STIPULATION FOR AN EXTENSION OF
                                                 TIME TO FILE A RESPONSIVE
15  vs.                                          PLEADING TO FIRST AMENDED
                                                 COMPLAINT [Doc. 20];**
16  COUNTY OF SACRAMENTO, et al.,                **ORDER**

17                        Defendants.

18

19

20                              **STIPULATION**

21       Plaintiff ANTHONY CRAVOTTA II ("Plaintiff") and Defendants COUNTY OF

22  SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT JONES,

23  ANDREA HAYNES, MOISES PAREDES, RONNIE MCLEAN, JUSTIN HIGLEY, and

24  PRESTON (collectively, "County Defendants") stipulate to an extension of time in order to permit

25  County Defendants to investigate the allegations prior to filing a responsive pleading to Plaintiff's

26  First Amended Complaint (Doc. 20) filed on August 4, 2022, in accordance with the pleading

27  requirements of the Federal Rules of Civil Procedure. The parties stipulate and have agreed to

28  extend County Defendants' responsive pleading deadline follows:

1    **(1)**    County Defendants' counsel have agreed to accept and waive formal service of

2  process on Defendants ANDREA HAYNES, MOISES PAREDES, RONNIE MCLEAN, JUSTIN

3  HIGLEY, and PRESTON.

4    **(2)**    Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY

5  SHERIFF'S DEPARTMENT, and SCOTT JONES response to the First Amended Complaint is

6  currently due on August 18, 2022, pursuant to the Federal Rules of Civil Procedure, Rule 15(a)(3).

7    **(3)**    County Defendants request additional time to respond to the First Amended

8  Complaint, to conduct a proper evaluation of representation needs and respond to new allegations.

9    **(4)**    Plaintiff and County Defendants have agreed and stipulate to extend the time for

10 Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S

11 DEPARTMENT, SCOTT JONES, ANDREA HAYNES, MOISES PAREDES, RONNIE

12 MCLEAN, JUSTIN HIGLEY, and PRESTON to respond to the First Amended Complaint (Doc.

13 20), to the agreed upon date of September 19, 2022.

14    IT IS SO STIPULATED.

15                                         Respectfully Submitted,

16 DATED: August 17, 2022                  RIVERA HEWITT PAUL LLP

17                                         */s/ Jill B. Nathan*

18                                         _____
19                                         Jonathan B. Paul
                                           Jill B. Nathan
20                                         Attorneys for Defendants COUNTY OF
                                           SACRAMENTO, SACRAMENTO COUNTY
21                                         SHERIFF'S DEPARTMENT, SCOTT JONES,
                                           ANDREA HAYNES, MOISES PAREDES, RONNIE
22                                         MCLEAN, JUSTIN HIGLEY, and PRESTON

23

24                                         Respectfully Submitted,

25 DATED: August 17, 2022                  LAW OFFICE OF MARK E. MERIN

26                                         */s/ Mark E. Merin*
                                           (as authorized on August 17, 2022)
27                                         _____
                                           Mark E. Merin
28                                         Paul H. Masuhara
                                           Attorneys for Plaintiff ANTHONY CRAVOTTA II

1

<u>**ORDER**</u>

2

      The parties' stipulation is GRANTED.

3

      Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S

4

DEPARTMENT, SCOTT JONES, ANDREA HAYNES, MOISES PAREDES, RONNIE

5

MCLEAN, JUSTIN HIGLEY, and PRESTON shall file a response to Plaintiff's First Amended

6

Complaint no later than September 19, 2022.

7

      IT IS SO ORDERED.

8

9

Dated: August 17, 2022

10

                                 Troy L. Nunley
                                 United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation for Extension of Time to File a Responsive Pleading to First Amended Complaint