Rob Bonta, State Bar No. 202668
Attorney General of California
Christine E. Garske, State Bar No. 232879
Supervising Deputy Attorney General
Diana Esquivel, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7320
 Facsimile: (916) 322-8288
 E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants State of California and
California Department of State Hospitals*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ANTHONY CRAVOTTA II,**<br><br>                              Plaintiff,<br><br>v.<br><br>**COUNTY OF SACRAMENTO, et al.,**<br><br>                              Defendants. | No. 2:22-cv-00167 TLN-AC<br><br>**STIPULATION AND ORDER FOR TEN-DAY EXTENSION FOR DEFENDANTS STATE OF CALIFORNIA AND CALIFORNIA DEPARTMENT OF STATE HOSPITALS TO FILE THEIR RESPONSE TO THE FIRST AMENDED COMPLAINT**<br><br>Trial Date:    None<br>Action Filed: January 26, 2022 |

Under Federal Rule of Civil Procedure 6(b) and Local Rules 143 and 144(a), Plaintiff Anthony Crovatta II and Defendants State of California (State) and California Department of State Hospitals (DSH), through their respective attorneys of record, stipulate to a ten-day extension for the State and DSH to respond to the first amended complaint (complaint). Defendants' response is currently due on October 11, 2022. Good cause exists to the grant this stipulated request because, despite the diligence of Defendants' counsel, she will not be able to prepare the response to the complaint by the current deadline.

///

1

When an act must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). The State and DSH were served with the summons and complaint on August 23, 2022. (ECF Nos. 28, 29.) Their response to the complaint was due September 13, 2022. On September 12, the parties stipulated to a twenty-eight day extension for the State and DSH to file their responsive pleading. (ECF No. 33.) Based on the parties' stipulation, the State's and DSH's response to the complaint is currently due on October 11. (L.R. 144(a).)

Defendants require more time to prepare their responsive pleading that will likely be a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). Counsel for the State and DSH has met and conferred with Plaintiff's attorneys concerning the perceived deficiencies in the complaint. The parties' informal resolution efforts are continuing. While the parties may eventually agree on some matters, their informal discussions are unlikely to resolve all the issues and obviate the need for a motion to dismiss.

Due to other deadlines defense counsel already had scheduled, including a complex Ninth Circuit brief, she will not be able to complete the motion to dismiss despite her diligent efforts. For these reasons, the State and DSH request a ten-day extension, up to and including October 21, 2022, to file their responsive pleading. Plaintiff does not object and agrees to the requested extension. This stipulated request will not affect any other party or deadline, and the short

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

extension will not unreasonably delay the prosecution of this matter. Good cause therefore exists to grant this short extension.

IT IS SO STIPULATED.

Dated: October 5, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
CHRISTINE E. GARSKE
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants State of California and California Department of State Hospitals*

Dated: October 5, 2022

LAW OFFICE OF MARK E. MERIN

*/s/ Paul H. Masuhara* (as authorized 10/5/22)

Mark E. Merin
Paul H. Masuhara
*Attorneys for Plaintiff Anthony Cravotta II*

**ORDER**

Good cause appearing and based on the parties' stipulation, Defendants State of California and California Department of State Hospital's request for a ten-day extension to respond to the first amended complaint is GRANTED.

Defendants shall file their response to the first amended complaint on or before October 21, 2022.

IT IS SO ORDERED.

Dated: October 5, 2022

Troy L. Nunley
United States District Judge