WILKE FLEURY LLP
NEAL C. LUTTERMAN (SBN 174681)
nlutterman@wilkefleury.com
ADRIANA C. CERVANTES (SBN 282473)
acervantes@wilkefleury.com
621 Capitol Mall, Suite 900
Sacramento, California 95814
Telephone:    (916) 441-2430
Facsimile:    (916) 442-6664

Attorneys for Defendant
REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY CRAVOTTA, II,<br><br>         Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SCOTT JONES; ANDREA HAYNES; MOISES PAREDES; RONNIE MCLEAN; JUSTIN HIGLEY; PRESTON; REGENTS OF THE UNIVERSITY OF CALIFORNIA; STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF STATE HOSPITALS, and DOE 1 to 20,<br><br>         Defendants. | Case No. 2:22-CV-00167-TLN-AC<br><br>**STIPULATION AND ORDER FOR TEN-DAY EXTENSION FOR DEFENDANT REGENTS OF THE STATE OF CALIFORNIA**<br><br>The Hon. Troy L. Nunley<br><br>Trial Date:  Not Yet Set<br>Action Filed: January 26, 2022 |

Under Federal Rule of Civil Procedure 6(b) and Local Rules 143 and 144(a), Plaintiff Anthony Crovatta II (Plaintiff) and Defendant The Regents of the University of California (The Regents), through their respective attorneys of record, stipulate to a ten-day extension for The Regents to respond to the first amended complaint (complaint). The Regents' response is currently due on October 11, 2022. Good cause exists to grant this stipulated request because, despite the diligence of Defendant's counsel, additional time is required to meet and confer, and they will not be able to prepare the response to the complaint by the current deadline.

/ / /

-1-
STIPULATION AND ORDER FOR TEN-DAY EXTENSION FOR DEFENDANT
REGENTS OF THE UNIVERSITY OF CALIFORNIA

When an act must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). The Regents was served with the summons and complaint on August 23, 2022. (ECF No. 30.) The response to the complaint was due September 13, 2022. On September 12, 2022 the parties stipulated a twenty-eight day extension for The Regents to file its responsive pleading. (ECF No. 34.) Based on the parties' stipulation, The Regents' response to the complaint is currently due on October 11, 2022. (L.R. 144(a).)

Defendant requires additional time to meet and confer and prepare its responsive pleading. Counsel for The Regents, Adriana Cervantes, has met and conferred with counsel for Plaintiff's concerning perceived deficiencies in the complaint and Eleventh Amendment rights, however, additional time is needed to determine if perceived issues can be resolved. Lead counsel for The Regents, Neal Lutterman, is currently conducting a jury trial in the County of Sacramento Superior Court that will continue through October 11, 2022. The parties' informal resolution efforts are ongoing and additional time is needed to determine if an agreement can be reached, and if not, then counsel will require additional time to prepare a motion to dismiss. (Rule 12(b)(1),(6).)

This is the second stipulation for an extension of time between Plaintiff and The Regents. Counsel for Plaintiff does not object and agrees to the requested extension. This stipulated request will not affect any other party or deadline, and the short extension will not unreasonably delay the prosecution of this matter. Good cause therefore exists to grant this short extension.

IT IS SO STIPULATED.

DATED: October 6, 2022         LAW OFFICES OF MARK E. MERIN

                               By:    /s/ PAUL H. MASUHARA
                                       PAUL H. MASUHARA
                                       Attorneys for Plaintiff
                                       ANTHONY CARVOTTA II

DATED: October 6, 2022         WILKE FLEURY LLP

                               By:    /s/ Neal C. Lutterman
                                       NEAL C. LUTTERMAN
                                       Attorneys for Defendant
                                       REGENTS OF THE UNIVERSITY OF CALIFORNIA

**ORDER**

Good cause appearing and based on the parties' stipulation, Defendant Regents of the State of California's request for a ten-day extension to respond to the first amended complaint is GRANTED.

Defendants shall file their response to the first amended complaint on or before October 21, 2022.

IT IS SO ORDERED.

Dated: October 6, 2022

Troy L. Nunley
United States District Judge