WILKE FLEURY LLP
NEAL C. LUTTERMAN (SBN 174681)
nlutterman@wilkefleury.com
ADRIANA C. CERVANTES (SBN 282473)
acervantes@wilkefleury.com
621 Capitol Mall, Suite 900
Sacramento, California 95814
Telephone:     (916) 441-2430
Facsimile:     (916) 442-6664

Attorneys for Defendant
REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY CRAVOTTA, II,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SCOTT JONES; ANDREA HAYNES; MOISES PAREDES; RONNIE MCLEAN; JUSTIN HIGLEY; PRESTON; REGENTS OF THE UNIVERSITY OF CALIFORNIA; STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF STATE HOSPITALS, and DOE 1 to 20,<br><br>        Defendants. | Case No. 2:22-CV-00167-TLN-AC<br><br>**STIPULATION AND ORDER FOR FOURTEEN-DAY EXTENSION TO RESPOND TO THE FIRST AMENDED COMPLAINT BY DEFENDANT REGENTS OF THE STATE OF CALIFORNIA**<br><br>The Hon. Troy L. Nunley<br><br>Trial Date: Not Yet Set<br>Action Filed: January 26, 2022 |

Plaintiff Anthony Cravotta, II (Plaintiff), and defendant The Regents of the University of California (The Regents), through their respective attorneys of record, stipulate to a fourteen-day extension for The Regents to respond to the First Amended Complaint (Complaint). Plaintiff and The Regents are referred to collectively as the "Parties." The Regents' current deadline to respond to the Complaint is October 21, 2022.

This stipulation to extend time to respond to the Complaint is made pursuant to the Local Rules of Practice for the United States District Court, Eastern District of California Rules 143 and 144. L.R. 143, 144. When an act must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made,

before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). The Regents was served with the summons and complaint on August 23, 2022. (ECF No. 30.) The response to the complaint was due September 13, 2022. On September 12, 2022, the Parties stipulated a 28-day extension for The Regents to file its responsive pleading which extended the deadline to October 11, 2022. (ECF No. 34.) On October 6, 2022, this Court signed the Parties stipulation and proposed order for an additional ten-day extension which extended the deadline to October 21, 2022. (ECF No. 43.)

Good cause exists to grant The Regents' stipulated request for a fourteen-day extension of time to respond to the Complaint because despite continued diligence The Regents require additional time to meet and confer with Plaintiff regarding perceived deficiencies in the Complaint. The Parties resolution efforts concerning grounds for a 12(b)(6) motion by The Regents are ongoing as of October 19, 2022, and they will not be completed prior to the current deadline of October 21, 2022. The Parties meet and confer discussions are made in good faith and take into consideration the arguments raised in the pending motion to dismiss filed by defendants County of Sacramento (County) and Sacramento County Sheriff's Department (Sheriff's Department). In light of these ongoing discussions, The Regents response to the Complaint will not be completed prior to the current deadline of October 21, 2022.

Good cause exists to grant this stipulated request because despite the diligence of The Regents' counsel, additional time is required to meet and confer, and they will not be able to prepare the response to the complaint by the current deadline.

This is the third stipulation for an extension of time between Plaintiff and The Regents. Counsel for Plaintiff does not object and agrees to the requested extension. This stipulated request will not affect any other party or deadline, and the brief extension will not unreasonably delay the prosecution of this matter. Good cause therefore exists to grant this short extension.

IT IS SO STIPULATED.

DATED: October 20, 2022        LAW OFFICES OF MARK E. MERIN

                               By:  */s/ Paul H. Masuhara*
                                    PAUL H. MASUHARA
                                    Attorneys for Plaintiff
                                    ANTHONY CARVOTTA II

DATED:  October 20, 2022          WILKE FLEURY LLP

                                  By:    /s/ *Adriana C. Cervantes*
                                         ADRIANA C. CERVANTES
                                         Attorneys for Defendant
                                         REGENTS OF THE UNIVERSITY OF
                                         CALIFORNIA

**ORDER**

Good cause appearing and based on the parties' stipulation, 's request for a fourteen-day extension to respond to the first amended complaint is GRANTED.

The Regents of the University of California shall file their response to the First Amended Complaint on or before November 4, 2022.

IT IS SO ORDERED.

Dated:   October 20, 2022

_____
Troy L. Nunley
United States District Judge