Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:     (916) 443-6911
Facsimile:     (916) 447-8336
E-Mail:        mark@markmerin.com
               paul@markmerin.com

  Attorneys for Plaintiff
  ANTHONY CRAVOTTA II

Rob Bonta, State Bar No. 202668
Attorney General of California
Christine E. Garske, State Bar No. 232879
Supervising Deputy Attorney General
Diana Esquivel, State Bar No. 202954
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7320
  Facsimile: (916) 322-8288
  E-mail: Diana.Esquivel@doj.ca.gov

  Attorneys for Defendants
  STATE OF CALIFORNIA and CALIFORNIA
  DEPARTMENT OF STATE HOSPITALS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY CRAVOTTA II,<br><br>              Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT JONES, ANDREA HAYNES, MOISES PAREDES, RONNIE MCLEAN, JUSTIN HIGLEY, PRESTON, REGENTS OF THE UNIVERSITY OF CALIFORNIA, STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF STATE HOSPITALS, and DOE 1 to 20,<br><br>              Defendants. | Case No. 2:22-cv-00167-TLN-AC<br><br>**STIPULATION OF PARTIAL DISMISSAL; AND ORDER** |

1

**STIPULATION OF PARTIAL DISMISSAL**
*Cravotta v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:22-cv-00167-TLN-AC

PLEASE TAKE NOTICE that Plaintiff Anthony Cravotta II ("Plaintiff") and Defendants State of California ("State") and California Department of State Hospitals ("DSH") (collectively, "State Defendants") STIPULATE to DISMISS, WITHOUT PREJUDICE, the following claims alleged in the currently-operative First Amended Complaint, ECF No. 20 ("FAC"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

- <u>Fifth Claim</u> – Deliberate Indifference (Cal. Const. Art. I § 7(a)): Plaintiff's Fifth Claim alleged against the State and DSH. *See* FAC ¶¶ 139–145.
- <u>Sixth Claim</u> – Failure to Provide Timely Restorative Treatment (Cal. Const. Art. I § 7(a)): Plaintiff's Sixth Claim alleged against the State and DSH. FAC ¶¶ 146–152.
- <u>Seventh Claim</u> – Right to Medical Care / Treatment (Cal. Gov. Code § 845.6): Plaintiff's Seventh Claim alleged against the State and DSH. FAC ¶¶ 153–159.
- <u>Eighth Claim</u> – Breach of Mandatory Duty (Cal. Gov. Code § 815.6): Plaintiff's Eighth Claim alleged against the State and DSH. FAC ¶¶ 160–163.
- <u>Ninth Claim</u> – Tom Bane Civil Rights Act (Cal. Civ. Code § 52.1): Plaintiff's Ninth Claim alleged against the State and DSH. FAC ¶¶ 164–177.
- <u>Tenth Claim</u> – Negligence: Plaintiff's Tenth Claim alleged against the State and DSH. FAC ¶¶ 178–186.

No other claims, or parties to those claims, are subject to this stipulation of dismissal.

IT IS SO STIPULATED.

Dated: October 27, 2022

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
   Mark E. Merin
   Paul H. Masuhara

   Attorneys for Plaintiff
   ANTHONY CRAVOTTA II

2

**STIPULATION OF PARTIAL DISMISSAL**
*Cravotta v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:22-cv-00167-TLN-AC


Dated: October 27, 2022                Respectfully Submitted,

*/s/ Diana Esquivel*
(as authorized on October 27, 2022)
By: _____
Diana Esquivel

Attorney for Defendants
STATE OF CALIFORNIA and CALIFORNIA
DEPARTMENT OF STATE HOSPITALS

**IT IS SO ORDERED.**

DATED: October 28, 2022                _____
Troy L. Nunley
United States District Judge

3

**STIPULATION OF PARTIAL DISMISSAL**
*Cravotta v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:22-cv-00167-TLN-AC