WILKE FLEURY LLP
NEAL C. LUTTERMAN (SBN 174681)
nlutterman@wilkefleury.com
ADRIANA C. CERVANTES (SBN 282473)
acervantes@wilkefleury.com
621 Capitol Mall, Suite 900
Sacramento, California 95814
Telephone:    (916) 441-2430
Facsimile:    (916) 442-6664

Attorneys for Defendant
REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY CRAVOTTA, II,<br><br>            Plaintiff,<br><br>     v.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SCOTT JONES; ANDREA HAYNES; MOISES PAREDES; RONNIE MCLEAN; JUSTIN HIGLEY; PRESTON; REGENTS OF THE UNIVERSITY OF CALIFORNIA; STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF STATE HOSPITALS, and DOE 1 to 20,<br><br>            Defendants. | Case No. 2:22-CV-00167-TLN-AC<br><br>**STIPULATION AND PROPOSED ORDER FOR 14-DAY EXTENSION TO RESPOND TO THE FIRST AMENDED COMPLAINT BY DEFENDANT REGENTS OF THE UNIVERSITY OF CALIFORNIA**<br><br>The Hon. Troy L. Nunley<br><br>Trial Date: Not Yet Set<br>Action Filed: January 26, 2022 |

Plaintiff Anthony Cravotta, II (Plaintiff), and defendant The Regents of the University of California (The Regents), through their respective attorneys of record, stipulate to a fourth fourteen-day extension for The Regents to respond to the First Amended Complaint (Complaint). Plaintiff and The Regents are referred to collectively as the "Parties." The Regents' current deadline to respond to the Complaint is November 4, 2022.

This stipulation to extend time to respond to the Complaint is made pursuant to the Local Rules of Practice for the United States District Court, Eastern District of California Rules 143 and 144. L.R. 143, 144. When an act must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made,

before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). The Regents was served with the summons and complaint on August 23, 2022. (ECF No. 30.) The response to the complaint was due September 13, 2022. On September 12, 2022, the Parties stipulated a 28-day extension for The Regents to file its responsive pleading which extended the deadline to October 11, 2022. (ECF No. 34.) On October 6, 2022, this Court signed the Parties stipulation and proposed order for an additional ten-day extension, which extended the deadline to October 21, 2022. (ECF No. 43.) On October 20, 2022, the Parties stipulated to further 14-day extension, which extended the deadline to the current date of November 4, 2022. This Court signed the Parties' stipulation and proposed order on October 21, 2022 extending the last day for the Regents to file its responsive pleading to November 4, 2022. (ECF No. 46.) Since that date, there have been developments related to the pleadings in this case including a stipulated partial dismissal without prejudice between Plaintiff and defendants the State of California and California State Department of Hospitals (ECF No. 51) and a Notice of Partial Withdraw of Motion to dismiss by the same defendants on November 1, 2022. (ECF No. 53.)

Good cause exists to grant The Regents' stipulated request for a fourteen-day extension of time to respond to the Complaint (consisting of 186 paragraphs) because even with continued diligence and narrowing of the perceived issues, The Regents require additional time to discuss certain pleading matters with Plaintiff's counsel and additional time to respond to the Complaint. Plaintiff and The Regents discussion and resolution efforts are ongoing as of November 4, 2022, and they will not be completed prior to the current deadline of November 4, 2022. The Parties meet and confer discussions are made in good faith and take into consideration the 186 paragraphs of allegations in the Complaint, as well as the arguments raised in the pending motion to dismiss filed by defendants and the stipulated partial dismissal without prejudice between Plaintiff and the State. In light of these ongoing discussions and the need for additional time, The Regents response to the Complaint will not be completed prior to the current deadline of November 4, 2022.

As such, good cause exists to grant this stipulated request because despite the diligence of The Regents' counsel, additional time is required to meet and confer, and they will not be able to prepare the response to the complaint by the current deadline.

1    This is the fourth stipulation for an extension of time between Plaintiff and The Regents. Counsel for Plaintiff does not object and agrees to the requested extension. This stipulated request will not affect any other party or deadline, and the brief extension will not unreasonably delay the prosecution of this matter. Good cause therefore exists to grant this short extension.

IT IS SO STIPULATED.

DATED:  November 4, 2022          LAW OFFICES OF MARK E. MERIN

                                  By:     */s/ Paul H. Masuhara*
                                         PAUL H. MASUHARA
                                         Attorneys for Plaintiff
                                         ANTHONY CARVOTTA II

DATED:  November 4, 2022          WILKE FLEURY LLP

                                  By:     */s/ Adriana C. Cervantes*
                                         ADRIANA C. CERVANTES
                                         Attorneys for Defendant
                                         REGENTS OF THE UNIVERSITY OF
                                         CALIFORNIA

**[Proposed] ORDER**

Good cause appearing, and based on the parties' stipulation requesting a fourteen-day extension to respond to the first amended complaint, this Stipulation and Order is GRANTED.

The Regents of the University of California shall file their response to the First Amended Complaint on or before November 18, 2022.

IT IS SO ORDERED.

Dated: _____

                                        Troy L. Nunley
                                        United States District Judge

**PROOF OF SERVICE**

**Anthony Cravotta, II v. County of Sacramento, et al.**
**USDC, Eastern District Court, Case No. 2:22-CV-00167-TLN-AC**

**STATE OF CALIFORNIA, COUNTY OF SACRAMENTO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Sacramento, State of California. My business address is 621 Capitol Mall, Suite 900, Sacramento, CA 95814.

On November 4, 2022, I served true copies of the following document(s) described as **STIPULATION AND PROPOSED ORDER FOR 14-DAY EXTENSION TO RESPOND TO THE FIRST AMENDED COMPLAINT BY DEFENDANT REGENTS OF THE UNIVERSITY OF CALIFORNIA** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 4, 2022, at Sacramento, California.

_Tayler Lindsay_
Tayler Lindsay

**SERVICE LIST**
**Anthony Cravotta, II v. County of Sacramento, et al.**
**USDC, Eastern District Court, Case No. 2:22-CV-00167-TLN-AC**

| | |
|---|---|
| Mark E. Merin, Esq.<br>Paul H. Masuhara, Esq.<br>LAW OFFICE OF MARK E. MERIN<br>1010 F Street, Suite 300<br>Sacramento, California 95814<br>Telephone: (916) 443-6911<br>Facsimile: (916) 447-8336<br>E-Mail: mark@markmerin.com<br>paul@markmerin.com | Counsel for Plaintiff ANTHONY CRAVOTTA, II |
| Jill B. Nathan, Esq.<br>RIVERA HEWITT PAUL LLP<br>11341 Gold Express Dr., Suite 160<br>Gold River, CA 95670<br>Telephone: (916) 922-1200<br>Facsimile: (916) 922-1303<br>E-mail: JNathan@rhplawyers.com | Counsel for Defendants COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SCOTT R. JONES; ANDREA HAYNES; MOISES PAREDES; RONNIE MCLEAN; and JUSTIN HIGLEY |
| Diana Esquivel<br>Attorney General's Office of the State of California<br>1300 I Street, Suite 125<br>P. O. Box 944255<br>Sacramento, CA 94244-2550<br>Telephone: (916) 210-7320<br>Fax: (916) 322-8288<br>Email: diana.esquivel@doj.ca.gov | Counsel for Defendants STATE OF CALIFORNIA and CALIFORNIA DEPARTMENT OF STATE HOSPITALS |
| Dayton Van Longyear, Esq.<br>Nicole M. Cahill, Esq.<br>LONGYEAR & LAVRA, LLP<br>555 University Avenue, Ste. 280<br>Sacramento, CA 95825<br>Telephone: (916) 974-5800<br>Facsimile: (916) 974-8510<br>Emails: longyear@longyearlaw.com<br>cahill@longyearlaw.com | Counsel for Defendant BENNETT PRESTON |