```
ROB BONTA, State Bar No. 202668
Attorney General of California
CHRISTINE E. GARSKE, State Bar No. 232879
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7320
 Facsimile:  (916) 322-8288
 E-mail:  Diana.Esquivel@doj.ca.gov
Attorneys for Defendants State of California, by and
through the California Department of State
Hospitals
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY CRAVOTTA II,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　　　　　　　　　Defendants. | No. 2:22-cv-00167 DJC-AC<br><br>**STIPULATION AND ORDER EXCUSING DEFENDANTS STATE OF CALIFORNIA AND CALIFORNIA DEPARTMENT OF STATE HOSPITALS' ANSWER TO FIRST AMENDED COMPLAINT**<br><br>Trial Date:　None<br>Action Filed:　January 26, 2022 |

　　　　Under Federal Rules of Civil Procedure 6(b), 12(a)(4)(A), and 15(a)(3) and Local Rules 143 and 144(a), Plaintiff Anthony Crovatta II and Defendants State of California, by and through the California Department of State Hospitals (collectively "State Defendants"), through their respective attorneys of record, stipulate and request that the State Defendants be excused from filing an answer to the First Amended Complaint (FAC) and instead respond to the Second Amended Complaint (SAC) Plaintiff intends to file as permitted in the Court's February 15, 2024 Order (ECF No. 83). Good cause exists to the grant this stipulated request because any answer the State Defendants file to the FAC will be moot with the filing of the SAC. Thus, it is more

1

efficient and judicially economical for the State Defendants to wait until Plaintiff files the SAC before they are required to file their answer.

When an act must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). Unless the court sets a different time, the responsive pleading must be filed within fourteen days of the court denying a motion to dismiss brought under Rule 12(b). *Id*. 12(a)(4)(A). Any response to an amended pleading must be made within fourteen days after the amended pleading is served. *Id*. 15(a)(3).

The County and State Defendants responded to the FAC by filing motions to dismiss under Rule 12(b)(6) on September 19, 2022 and October 21, 2022, respectively. (ECF Nos. 36, 47.) On February 15, 2024, the Court denied the State Defendants' motion, granted in part the County Defendants' motion, and gave Plaintiff leave to amend. (ECF No. 83.) Plaintiff has thirty days, or until March 18, 2024, to file his SAC. (*Id*.) Plaintiff intends to file a SAC by this deadline. The State Defendants' answer to the FAC is due no later than February 29, 2024. Fed. R. Civ. P. 12(a)(4)(A).

The parties agree that it would be unproductive and a waste of time and resources for the State Defendants to answer the FAC when Plaintiff intends to file a SAC shortly thereafter. No party will be prejudiced, nor will this litigation be delayed, if the State Defendants wait to

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

respond to the SAC after it is filed. The State Defendants' response to the SAC will be due as required under Rule 15(a)(3). Good cause therefore exists to grant this request.

     IT IS SO STIPULATED.

Dated:  February 23, 2024       Respectfully submitted,

ROB BONTA
Attorney General of California
CHRISTINE E. GARSKE
Supervising Deputy Attorney General

***/s/ Diana Esquivel***

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants State of California and California Department of State Hospitals*

Dated:  February 23, 2024       LAW OFFICE OF MARK E. MERIN

***/s/ Paul H. Masuhara*** (as authorized 2/23/24)

Mark E. Merin
Paul H. Masuhara
*Attorneys for Plaintiff Anthony Cravotta II*

SA2022303875
37892072.docx

**ORDER**

Good cause appearing, the parties' stipulated request is GRANTED.

Defendants State of California, by and through the California Department of State Hospitals (collectively "State Defendants"), need not answer the First Amended Complaint. As required under Federal Rule of Civil Procedure 15(a)(3), the State Defendants shall file their response to the Second Amended Complaint within fourteen days after Plaintiff files the amended pleading.

IT IS SO ORDERED.

Dated: February 26, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE