WILKE FLEURY LLP
NEAL C. LUTTERMAN (SBN 174681)
nlutterman@wilkefleury.com
ADRIANA C. CERVANTES (SBN 282473)
acervantes@wilkefleury.com
SUZANNE M. NICHOLSON (SBN 208163)
snicholson@wilkefleury.com
621 Capitol Mall, Suite 900
Sacramento, California 95814
Telephone:   (916) 441-2430
Facsimile:   (916) 442-6664

Attorneys for Defendant THE REGENTS OF
THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY CRAVOTTA, II,<br><br>            Plaintiff,<br><br>      v.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SCOTT JONES; CHRISTOPHER STURGIS; CRISTINA ALBRIGHT-MUNDY; DAISY HER; BRADLEY WHITING; JACQUELYN BLEVINS; SINGH; BENNETT PRESTON; ANDREA HAYNES; MOISES PAREDES; RONNIE MCLEAN; JUSTIN HIGLEY; TAKUYA NODA; REGENTS OF THE UNIVERSITY OF CALIFORNIA; NICOLE GARCES-BARRELLA; DIANE ORAN; JACLYN DECARLO; MELISSA TURNER; STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF STATE HOSPITALS, and DOE 1 to 10,<br><br>            Defendants. | Case No. 2:22-CV-00167-DJC-AC<br><br>**STIPULATION AND ORDER EXCUSING ANSWERS TO THE SECOND AMENDED COMPLAINT AND GRANTING PLAINTIFF LEAVE TO FILE A THIRD AMENDED COMPLAINT**<br><br>*ASSIGNED TO THE HON. DANIEL J. CALABRETTA – COURTROOM 10*<br><br>Complaint Filed: January 26, 2022<br>1st Am. Complaint Filed: August 4, 2022<br>2nd Am. Complaint Filed: March 18, 2024<br>Trial Date:  Not Yet Set |

Under Federal Rules of Civil Procedure 6(b), 15(a)(3), and Local Rules 143 and 144(a), Plaintiff ANTHONY CRAVOTTA II, by and through his counsel, Mark E. Merin and Paul H. Masuhara of the Law Office of Mark E. Merin, and Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT JONES,

3350811.1                                     -1-                    Case No. 2:22-CV-00167-TLN-AC
STIPULATION AND ORDER EXCUSING ANSWERS TO THE SECOND AMENDED COMPLAINT AND GRANTING PLAINTIFF LEAVE TO FILE A THIRD AMENDED COMPLAINT

WILKE FLEURY LLP
ATTORNEYS AT LAW
SACRAMENTO

CHRISTOPHER STURGIS, CRISTINA ALBRIGHT-MUNDY, DAISY ROLLON (née HER), BRADLEY WHITING, JACQUELYN BLEVINS, RAMANDEEP SINGH, ANDREA HAYNES, MOISES PAREDES, RONNIE MCLEAN, JUSTIN HIGLEY, and TAKUYA NODA by and through their counsel Jonathan B. Paul and Jill B. Nathan of Rivera Hewitt Paul LLP, and Defendant BENNETT PRESTON by and through his counsel Van Longyear and Nicole M. Cahill of Longyear and Lavra, LLP, and Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, NICOLE GARCES-BARRELLA, DIANE ORAN, JACLYN DECARLO and MELISSA TURNER by and through counsel Neal Lutterman, Adriana C. Cervantes and Suzanne M. Nicholson of Wilke Fleury LLP, and Defendants STATE OF CALIFORNIA and CALIFORNIA DEPARTMENT OF STATE HOSPITALS by and through their counsel Diana Esquivel, Deputy Attorney General for the Office of the Attorney General of California, hereby stipulate and request that Defendants be excused from filing responsive pleadings to the Plaintiff's Second Amended Complaint ("SAC") (Doc. 86), which was filed on March 18, 2024, and allow Plaintiff leave to file a Third Amended Complaint to which all parties shall then file responses.

Good cause exists to grant this stipulated request because the parties intend, or have already begun, to meet and confer regarding concerns with the allegations of the SAC and judicial economy and efficiency will best be served by excusing the defendants from responding to the SAC and allowing Plaintiff leave to file a TAC following these meet and confer efforts. The filing of a TAC will render any responses to the SAC moot.

When an act must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). Responses to amended pleadings must be made within 14 days of service of the amended pleading unless otherwise ordered by the court. Fed. R. Civ. P. 15(a)(3).

On March 28, 2024 the parties stipulated to various extensions of time in which to file responsive pleadings to the SAC. (Doc. 90.) On April 17, 2024, Plaintiff and defendants STATE OF CALIFORNIA and CALIFORNIA DEPARTMENT OF STATE HOSPITALS (the

WILKE FLEURY LLP
ATTORNEYS AT LAW
SACRAMENTO

3350811.1                                                   -2-                              Case No. 2:22-CV-00167-TLN-AC
STIPULATION AND ORDER EXCUSING ANSWERS TO THE SECOND AMENDED COMPLAINT AND
GRANTING PLAINTIFF LEAVE TO FILE A THIRD AMENDED COMPLAINT

"State Defendants") stipulated to an extension of time to April 27, 2024 for the State Defendants to respond to the SAC. (Doc. 92.) On April 18, 2024, Plaintiff and Defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA, STATE OF CALIFORNIA ("The Regents") stipulated to an extension of time to April 29, 2024 for the Regents to respond to the SAC. (Doc. 93.) On April 19, 2024, Plaintiff and defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPT., SCOTT JONES, ANDREA HAYNES, MOISES PAREDES, RONNIE MCLEAN, JUSTIN HIGLEY, RAMANDEEP SINGH, CHRISTOPHER STURGIS, DAISY ROLLON, BRADLEY WHITING, JACQUELINE BLEVINS, TAKUYA NODA and CRISTINA ALBRIGHT-MUNDY and BENNETT PRESTON (the "County Defendants") stipulated to an extension of time to April 29, 2024 for the County Defendants to respond to the SAC. (Doc. 94.)

Defendants CHRISTOPHER STURGIS, CRISTINA ALBRIGHT-MUNDY, DAISY ROLLON (née HER), BRADLEY WHITING, JACQUELYN BLEVINS, RAMANDEEP SINGH, TAKUYA NODA, NICOLE GARCES-BARRELLA, DIANE ORAN, JACLYN DECARLO, and MELISSA TURNER have not yet been served with the SAC but agreed to waive service of summons.

The parties stipulate and have agreed to the following:

(1) All defendants shall be excused from responding to the SAC. (Doc. 86.)

(2) All defendants shall have until May 10, 2024 to meet and confer with plaintiff ANTHONY CRAVOTTA II regarding any concerns with the allegations of the Second Amended Complaint ("SAC").

(3) Plaintiff ANTHONY CRAVOTTA II will have until May 20, 2024 to respond to any and all such meet and confer efforts.

(4) Plaintiff ANTHONY CRAVOTTA II will have until June 3, 2024 to file his Third Amended Complaint ("TAC").

(5) Plaintiff ANTHONY CRAVOTTA II agrees that his TAC shall contain no new substantive allegations concerning the State Defendants, except as necessitated by the parties' meet-and-confer efforts and ongoing discovery.

WILKE FLEURY LLP
ATTORNEYS AT LAW
SACRAMENTO

3350811.1                                              -3-                            Case No. 2:22-CV-00167-TLN-AC
STIPULATION AND ORDER EXCUSING ANSWERS TO THE SECOND AMENDED COMPLAINT AND GRANTING PLAINTIFF LEAVE TO FILE A THIRD AMENDED COMPLAINT

(6) Pursuant to FRCP 15(a)(3), defendants who have previously appeared (Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT JONES, ANDREA HAYNES, MOISES PAREDES, RONNIE MCLEAN, JUSTIN HIGLEY, BENNETT PRESTON, REGENTS OF THE UNIVERSITY OF CALIFORNIA, STATE OF CALIFORNIA, and CALIFORNIA DEPARTMENT OF STATE HOSPITALS) shall have 14 days after June 3, 2024 to respond to the Third Amended Complaint.

(7) Pursuant FRCP 12, defendants who have not previously appeared (Defendants CHRISTOPHER STURGIS, CRISTINA ALBRIGHT-MUNDY, DAISY ROLLON (née HER), BRADLEY WHITING, JACQUELYN BLEVINS, RAMANDEEP SINGH, TAKUYA NODA, NICOLE GARCES-BARRELLA, DIANE ORAN, JACLYN DECARLO, and MELISSA TURNER) shall have 21 days after June 3, 2024 to file a responsive pleading to the TAC.

(8) The parties agree that this stipulation to allow plaintiff to file a Third Amended Complaint shall not waive any right any defendant may have to challenge the substance of the Third Amended Complaint or constitute a waiver of any claim or defense any defendant may have to any claims stated therein, except as to the limitations imposed by the Federal Rules of Civil Procedure including Rule 12(g) and (h).

IT IS SO STIPULATED.

DATED: April 25, 2024                WILKE FLEURY LLP

By:   /S/ Suzanne M. Nicholson
        NEAL C. LUTTERMAN
        ADRIANA C. CERVANTES
        SUZANNE M. NICHOLSON
        Attorneys for Defendant
        THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

WILKE FLEURY LLP
ATTORNEYS AT LAW
SACRAMENTO

3350811.1                -4-                Case No. 2:22-CV-00167-TLN-AC
STIPULATION AND ORDER EXCUSING ANSWERS TO THE SECOND AMENDED COMPLAINT AND GRANTING PLAINTIFF LEAVE TO FILE A THIRD AMENDED COMPLAINT

| | | |
|---|---|---|
| 1 | DATED:  April 25, 2024 | LAW OFFICE OF MARK E. MERIN |
| 2 | | |
| 3 | | By:  /S/ Paul H. Masuhara |
| 4 | | MARK E. MARIN<br>PAUL H. MASUHARA |
| 5 | | Attorneys for Plaintiff<br>ANTHONY CRAVOTTA II |
| 6 | DATED:  April 24, 2024 | RIVERA HEWITT PAUL LLP |
| 7 | | |
| 8 | | By:  /S/ Jill B. Nathan |
| 9 | | JONATHAN B. PAUL<br>JILL B. NATHAN |
| 10 | | Attorneys for Defendants<br>COUNTY OF SACRAMENTO, |
| 11 | | SACRAMENTO COUNTY SHERIFF'S<br>DEPARTMENT, SCOTT JONES, SGT. |
| 12 | | HAYNES, DEPUTY PAREDES, DEPUTY<br>MCLEAN and DEPUTY HIGLEY |
| 13 | | |
| 14 | DATED:  April 25, 2024 | LONGYEAR & LAVRA, LLP |
| 15 | | |
| 16 | | By:  /S/ Nicole M. Cahill |
| 17 | | VAN LONGYEAR<br>NICOLE M. CAHILL |
| 18 | | Attorneys for Defendant<br>BENNETT PRESTON |
| 19 | DATED:  April 24, 2024 | ROB BONTA<br>Attorney General of California |
| 20 | | CHRISTINE E. GARSKE |
| 21 | | Supervising Deputy Attorney General |
| 22 | | |
| 23 | | By:  /S/ Diana Esquivel<br>DIANA ESQUIVEL |
| 24 | | Deputy Attorney General<br>Attorneys for Defendant |
| 25 | | STATE OF CALIFORNIA and CALIFORNIA<br>DEPARTMENT OF STATE HOSPITALS |

WILKE FLEURY LLP
ATTORNEYS AT LAW
SACRAMENTO

3350811.1                                    -5-                          Case No. 2:22-CV-00167-TLN-AC
STIPULATION AND ORDER EXCUSING ANSWERS TO THE SECOND AMENDED COMPLAINT AND
GRANTING PLAINTIFF LEAVE TO FILE A THIRD AMENDED COMPLAINT

**ORDER**

Good cause appearing, and based on the parties' stipulation, this Stipulation and Order is GRANTED.

All Defendants are excused from filing a responsive pleading to the SAC, the parties shall meet and confer in accord with the schedule set forth in this Stipulation, and Plaintiff ANTHONY CRAVOTTA II is granted leave file his Third Amended Complaint ("TAC") no later than June 3, 2024.

IT IS SO ORDERED.

DATED: April 25, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Wilke Fleury LLP
Attorneys at Law
Sacramento

3350811.1                                           -1-                              Case No. 2:22-CV-00167-TLN-AC
STIPULATION AND ORDER EXCUSING ANSWERS TO THE SECOND AMENDED COMPLAINT AND
GRANTING PLAINTIFF LEAVE TO FILE A THIRD AMENDED COMPLAINT