WILKE FLEURY LLP
NEAL C. LUTTERMAN (SBN 174681)
nlutterman@wilkefleury.com
ADRIANA C. CERVANTES (SBN 282473)
acervantes@wilkefleury.com
SUZANNE M. NICHOLSON (SBN 208163)
snicholson@wilkefleury.com
621 Capitol Mall, Suite 900
Sacramento, California 95814
Telephone:  (916) 441-2430
Facsimile:  (916) 442-6664

Attorneys for Defendants THE REGENTS
OF THE UNIVERSITY OF CALIFORNIA and
MELISSA TURNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY CRAVOTTA, II,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SCOTT JONES; CHRISTOPHER STURGIS; CRISTINA ALBRIGHT-MUNDY; DAISY HER; BRADLEY WHITING; JACQUELYN BLEVINS; SINGH; BENNETT PRESTON; ANDREA HAYNES; MOISES PAREDES; RONNIE MCLEAN; JUSTIN HIGLEY; TAKUYA NODA; REGENTS OF THE UNIVERSITY OF CALIFORNIA; NICOLE GARCES-BARRELLA; DIANE ORAN; JACLYN DECARLO; MELISSA TURNER; STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF STATE HOSPITALS, and DOE 1 to 10,<br><br>　　　　Defendants. | Case No. 2:22-CV-00167-DJC-AC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO FIFTH AMENDED COMPLAINT AND FOR PLAINTIFF TO FILE OPPOSITION BY DEFENDANTS THE REGENTS OF THE UNIVERSITY OF CALIFORNIA AND MELISSA TURNER [L.R. 144(a)]**<br><br>*ASSIGNED TO THE HONORABLE DANIEL J. CALABRETTA – COURTROOM 10*<br><br>Complaint Filed:　　　　Jan. 26, 2022<br>1st Am. Complaint Filed: Aug. 4, 2022<br>2nd Am. Complaint Filed: Mar. 18, 2024<br>3rd Am. Complaint Filed: Jun. 3, 2024<br>4th Am. Complaint Filed: Mar. 14, 2025<br>5th Am. Complaint Filed: Sep. 4, 2025<br>Trial Date:　　　　　　Not Yet Set |

3885841.2

Under Federal Rules of Civil Procedure 6(b) and Local Rule 144(a), Plaintiff ANTHONY CRAVOTTA II ("Plaintiff") by and through his counsel, Mark E. Merin and Paul H. Masuhara of the Law Office of Mark E. Merin, and Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and MELISSA TURNER (collectively, "Regents Defendants"), by and through their counsel Neal C. Lutterman, Adriana C. Cervantes, and Suzanne M. Nicholson of Wilke Fleury, LLP, hereby stipulate as follows:

(1) Plaintiff filed his Fifth Amended Complaint ("5AC") on September 4, 2025 (Doc. 146).

(2) Counsel for Regents Defendants have met and conferred with counsel for Plaintiff regarding the allegations in the 5AC.

(3) Regents Defendants shall have an additional fourteen (14) days, up to and including October 2, 2025, to file and serve their responsive pleading(s), including but not limited to a motion to dismiss or motion to strike.

(4) Plaintiff shall have a reciprocal fourteen (14) days, up to and including October 30, 2025, to file and serve any opposition to Regents Defendants' responsive pleading(s).

(5) This stipulation does not alter any other deadlines set by the Court.

This stipulation is brought pursuant to Local Rule 144. Good cause exists for this extension because counsel for Regents Defendants counsel will be out of town attending a professional conference from September 16, 2025, through September 26, 2025, and additional time is needed to prepare the responsive pleading(s). The parties have also met and conferred regarding issues raised in the 5AC, and judicial economy and efficiency will be best served by granting a short extension. See Fed. R. Civ. P. 6(b)(1)(A); L.R. 144(a).

Opposition to a motion must ordinarily be filed no later than fourteen (14) days after the motion was filed unless otherwise ordered by the court. L.R. 230(c). When an act must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). This stipulation is submitted before the original time to

3885841.2

2

STIPULATION AND ORDER FOR EXTENSION OF TIME
TO RESPOND TO 5AC AND FILE OPPOSITION [L.R. 144(a)]

WILKE FLEURY LLP
ATTORNEYS AT LAW
SACRAMENTO

1  respond has expired, consistent with Rule 6(b)(1)(A).

2  No other party that has appeared will be affected by this stipulation, and granting

3  this request will not alter any other date or deadline set by the Court.

4  **IT IS SO STIPULATED.**

6  DATED: September 17, 2025     LAW OFFICE OF MARK E. MERIN

7                                By:  /s/ Paul H. Masuhara
8                                       MARK E. MARIN
                                         PAUL H. MASUHARA
9                                      Attorneys for Plaintiff
                                        ANTHONY CRAVOTTA II

11 DATED: September 17, 2025     WILKE FLEURY LLP

13                                By:  /s/ Adriana C. Cervantes
14                                      ADRIANA C. CERVANTES
                                         SUZANNE M. NICHOLSON
15                                    Attorneys for Defendants THE REGENTS OF
                                        THE UNIVERSITY OF CALIFORNIA and
16                                             MELISSA TURNER

WILKE FLEURY LLP
ATTORNEYS AT LAW
SACRAMENTO

3885841.2

3

STIPULATION AND ORDER FOR EXTENSION OF TIME
TO RESPOND TO 5AC AND FILE OPPOSITION [L.R. 144(a)]

## ORDER

Good cause appearing, and based on the parties' stipulation, this Stipulation and Order is GRANTED.

The Regents Defendants shall have an additional fourteen (14) days, up to and including October 2, 2025, to file and serve their responsive pleadings, and Plaintiff shall have a reciprocal fourteen (14) days, up to and including October 30, 2025, to file and serve any opposition to Regents Defendants' responsive pleadings.

IT IS SO ORDERED.

Dated: September 18, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Wilke Fleury LLP
Attorneys at Law
Sacramento

3885841.2

4

STIPULATION AND ORDER FOR EXTENSION OF TIME
TO RESPOND TO 5AC AND FILE OPPOSITION [L.R. 144(a)]